CJF7.14.20
LD USAO# 2020R00289

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ELH-20-0194

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. |
| | * | |
| SEDRICK SUTTON, | * | (Possession of a Firearm and |
| | * | Ammunition by a Prohibited Person, |
| Defendant | * | 18 U.S.C. § 922(g)(1); Forfeiture, 18 |
| | * | U.S.C. § 924(d), 21 U.S.C. § 853; 28 |
| | * | U.S.C. § 2461(c)) |

*******

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about February 14, 2020, in the District of Maryland, the defendant,

**SEDRICK SUTTON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Taurus Model 85 .38 caliber revolver with serial number KS74509; and five rounds of .38 caliber Winchester ammunition, and the firearm and ammunition was in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), in the event of the Defendant's convictions under Count One of the Indictment.

2. Pursuant to 18 U.S.C. § 924(d), upon conviction under Count One of the Indictment, the Defendant convicted of such offense shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offense.

As a result of the offense alleged in Count One of this Indictment, the defendant,

### SEDRICK SUTTON,

shall forfeit to the United States the firearm and ammunition involved in the commission of the offense: Taurus Model 85 .38 caliber revolver, with serial number KS74509; and approximately five rounds of .38 caliber Winchester ammunition.

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

7-15-20
Date